AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2023 SEP 15 PM 2: 35
CLERK
BY ___AL___
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>JHON ALEXANDER REINA-PEREZ<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 2:23-mj-116<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2023 - Present__ in the county of __Franklin__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(v) | Knowingly conspired with individuals known and unknown to smuggle individuals from Canada into the United States and transport them in furtherance of their illegal entry while knowing or recklessly disregarding the fact they were aliens. |

This criminal complaint is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

_Attested to by reliable electronic means_
_Complainant's signature_

James Loomis, BPA-Intel
_Printed name and title_

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__FaceTime__ _(specify reliable electronic means)_

Date: __09/15/2023__

_Kevin J. Doyle_
_Judge's signature_

City and state: __Burlington, Vermont__   Kevin J. Doyle, Magistrate Judge, U.S. District Court
_Printed name and title_